IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Rural Development)<br>　　　Plaintiff<br><br>　　　　　v.<br><br>GREGORIO PRATTS APONTE, et als.<br>　　　Defendants | CIVIL NO. 97-1816(JAF)<br><br>FORECLOSURE OF MORTGAGE |

**MOTION TO CONTINUE WITH FORECLOSURE**

TO THE HONORABLE COURT:

　　　COMES NOW plaintiff, United States of America, through its undersigned attorneys, and respectfully alleges and prays as follows:

　　　1. The public sale of the property of the present action was held on Good Thursday April 9, 1998.  But the sale was vacated and set aside because per General Order of the Supreme Court of the Commonwealth of Puerto Rico Good Friday was observed as a Holiday by the local courts.

　　　2. Thereafter, plaintiff was informed that borrower reinstated the account at the Rural Development office.

　　　3. That we have been informed that borrower has not been complying with his payments to the agency (Rural Development).

　　　4. Plaintiff wants to resume the execution of the judgment herein and requests from Honorable Court to take notice of the above, and grant leave to continue with the execution of the judgment.

United States v. Gregorio Pratts Aponte, et al
Civil No. 97-1816 (JAF)
Page No. 2

WHEREFORE, the United States of America respectfully requests from this Honorable Court to grant leave to continue with the execution of judgment, and a new writ of execution of judgment is hereby attached.

I HEREBY CERTIFY that on 27th day of June, 2005, I electronically filed the foregoing with the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the present motion to Gregorio Pratts Aponte, and Byvian Negrón Quiñones, Urb. La Esperanza, L-7-11 Street, Vega Alta, Puerto Rico 00692.

In San Juan, Puerto Rico, this 28th day of June, 2005.

                                        H.S. GARCIA
                                        United States Attorney


                                        s/AGNES I CORDERO
                                        AGNES I. CORDERO
                                        U.S.D.C. 126101
                                        Assistant U.S. Attorney
                                        Torre Chardón, Suite 1201
                                        350 Carlos Chardón Street
                                        San Juan, Puerto Rico 00918
                                        Tel. (787) 766-5656
                                        Fax. (787) 766-6219
                                        Agnes.Cordero@usdoj.gov