```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br>    Plaintiff<br><br>        v.<br><br>GREGORIO PRATTS-APONTS, BYVIAN<br>NEGRON-QUINONES, and the<br>conjugal partnership constituted<br>by both<br>    Defendant | CIVIL NO. 97-1816(JAF)<br><br>FORECLOSURE OF MORTGAGE |

**NEW WRIT OF EXECUTION OF JUDGMENT**

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREETINGS:

   WHEREAS, the Honorable _____Jose A. Fuste_____, United States District Judge, has issued an order in this case dated ___Jaunary 5, 1998___ which copied literally, reads as follows:

ORDER FOR EXECUTION OF JUDGMENT

   Upon motion filed by plaintiff herein, and it appearing from the records of this Court in the above mentioned case that the defendant referred to in the judgment entered by this Court was duly summoned and said defendant has failed to pay to the plaintiff the sums of money adjudged to be paid under said judgment:

   And it appearing further that more than ten (10) days have elapsed from the entry of Judgment:

   NOW, THEREFORE, the Court hereby orders the United States Marshal for this District to proceed forthwith and to sell at public auction to the highest bidder, the property referred to in said judgment and described herein below in the manner and form provided in said judgment and as herein further provided:

United States v. Gregorio Pratts-Aponte, et al.
Civil No. 97-1816(JAF)
Page 2

>       SOLAR: radicado en la URBANIZACION LA
>       ESPERANZA localizado en el Barrio Espinosa del
>       Municipio de Vega Alta, Puerto Rico, que se
>       describe en el piano de inscription de la
>       Urbanizacion, con el numero, area y
>       colindancias que se relacionan a continuacion:
>
>       NUMERO DEL SOLAR: SIETE (7) DE LA MANZANA "L"
>       de la Urbanizacion.
>
>       AREA DEL SOLAR: TRESCIENTOS CUARENTIOCHO
>       METROS CUADRADOS (348.00m.c.), en lindes por
>       el NORTE: con la Calle Numero Once (11) en una
>       distancia de doce metros (12.00); por el SUR:
>       con los solares Numero Quince (15) y Dieciseis
>       (16) en una distancia de doce metros
>       (12.00);por el ESTE: con el Solar Numero Seis
>       (6) en una distancia de veintinueve metros
>       (29.00); por el OESTE: con el Solar Numero
>       Ocho (8) en una distancia de veintinueve
>       metros (29.00).
>
>       Enclava en dicho solar una estructura de
>       concreto para fines residenciales.

      Plaintiffs' mortgage is recorded at page 17, volume 156 of Vega Alta, property number 8014 Bis, 2nd inscription, at the Registry of Property of Bayamón, Section III, Puerto Rico

           a)  Said public sale shall be had at the office of the Marshal for Superior Court of Puerto Rico, Bayamón Part, in accordance with 28 U.S.C. 2001.

           b)  Notice of Sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper of general circulation in accordance with 28 U.S.C. 2002.

           c)  The amount of $38,580.00 shall serve as the minimum bid for the first public sale.  Should the first public sale fail to procure an award or adjudication, two-thirds of the aforementioned amount shall serve as the minimum bid for the second sale.  Should there be no award or adjudication at the second public sale, the basis for the third sale shall be one-half of the amount specified as the minimum bid for the first public sale.

United States v. Gregorio Pratts-Aponte, et al.
Civil No. 97-1816(JAF)
Page 3

Should there be no award or adjudication in this public sale the same may be awarded to the creditor for the entire amount of the debt if this is equal to or less than the amount of the minimum bid of the third auction, and crediting this amount to the amount owed if it is more.

   d)  The United States Marshal shall not accept in payment of the property to be sold anything but United States currency or certified checks in his name, except in case the property is sold and adjudicated to the plaintiff, in which case the amount of the bid made by said plaintiff shall be credited and deducted from its credit; said plaintiff being bound to pay in cash or certified check only any excess of its bid over the secured indebtedness when remaining unsatisfied.

   e)  All junior lienholders shall pay in cash or in certified check the total amount of previous liens, and any sum in excess of said previous liens shall be credited to their respective liens.

   f)  The United States Marshal may, either personally or by some person designated by him to act in his name and his authority, adjourn the sale from time to time, without further publication, but only by order of this Court.

   g)  Upon the confirmation of said sale by this Court the United States Marshal shall execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

   h)  The purchaser shall be entitled to the delivery of the property sold and its physical possession and the United States Marshal may deliver said possession through the eviction of the occupant of the property without the need of any further order, in accordance with law.

   i)  The Property Registrar of the corresponding Property Registry of Puerto Rico shall proceed to the recording of the judicial sale deed in favor of the purchaser, free of any liens subsequent to the date of the execution of the foreclosed mortgage.

 SO ORDERED in San Juan, Puerto Rico, this 5th day of ___January___, XXXXX 1998.

            ___(s) Jose A. Fuste___
            UNITED STATES DISTRICT JUDGE"

United States v. Gregorio Pratts-Aponte, et al.
Civil No. 97-1816(JAF)
Page 4

    THEREFORE, you as said Marshal of the United States District Court for the District of Puerto Rico are hereby ordered to proceed by virtue of this New Writ of Execution and in compliance with the order copied above, according to law, in order to execute the judgment entered in this case against the defendant.

    In San Juan, Puerto Rico, this _____ day of _____, 2005.

                          FRANCES RIOS DE MORAN, Clerk
                          United States District Court
                          For The District of Puerto Rico


                          By: _____
                                Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br>    Plaintiff<br><br>       v.<br><br>GREGORIO PRATTS-APONTS, BYVIAN NEGRON-QUINONES, and the conjugal partnership constituted by both<br>    Defendant | CIVIL NO. 97-1816(JAF)<br><br>FORECLOSURE OF MORTGAGE |

**NOTICE OF SALE**

To: GREGORIO PRATTS-APONTS, BYVIAN NEGRON-QUINONES, and the conjugal partnership constituted by both, and any other party with interest over the property mentioned below.

WHEREAS: Judgment in favor of the United States of America for the principal aggregate amount of $36,017.22 plus $2,806.51 in interest accrued as of January 24, 1997, plus 10.6078% per day from then on until payment in full, plus attorney's fees and costs, plus any charge, fee, cost or disbursement that may have been incurred by plaintiff according to the terms of the promissory note or mortgage loan being foreclosed.

The records of the case and of these proceedings may be examined by interested parties at the Office of the Clerk of the United States District Court, Federal Building, Chardón Avenue, Hato Rey, Puerto Rico.

United States v. Gregorio Pratts-Aponte, et al.
Civil No. 97-1816(JAF)
Page 2

    WHEREAS: Pursuant to the terms of the aforementioned judgment and the order of execution thereof, the following property belonging to the defendant will be sold at public auction:

> SOLAR: radicado en la URBANIZACION LA ESPERANZA localizado en el Barrio Espinosa del Municipio de Vega Alta, Puerto Rico, que se describe en el piano de inscription de la Urbanizacion, con el numero, area y colindancias que se relacionan a continuacion:
>
> NUMERO DEL SOLAR: SIETE (7) DE LA MANZANA "L" de la Urbanizacion.
>
> AREA DEL SOLAR: TRESCIENTOS CUARENTIOCHO METROS CUADRADOS (348.00m.c.), en lindes por el NORTE: con la Calle Numero Once (11) en una distancia de doce metros (12.00); por el SUR: con los solares Numero Quince (15) y Dieciseis (16) en una distancia de doce metros (12.00);por el ESTE: con el Solar Numero Seis (6) en una distancia de veintinueve metros (29.00); por el OESTE: con el Solar Numero Ocho (8) en una distancia de veintinueve metros (29.00).
>
> Enclava en dicho solar una estructura de concreto para fines residenciales.

    Plaintiffs' mortgage is recorded at page 17, volume 156 of Vega Alta, property number 8014 Bis, 2nd inscription, at the Registry of Property of Bayamon, Section III, Puerto Rico.

    WHEREAS: This property is subject to the following liens:

    Senior Liens:  None

    Junior Liens:  None

    Other Liens:

United States v. Gregorio Pratts-Aponte, et al.
Civil No. 97-1816(JAF)
Page 3

> Potential bidders are advised to verify the extent of preferential liens with the holders thereof. It shall be understood that each bidder accepts as sufficient the title and that prior and preferential liens to the one being foreclosed upon, including but not limited to any property tax liens (express, tacit, implied or legal), shall continue in effect it being understood further that the successful bidder accepts them and is subrogated in the responsibility for the same and that the bid price shall not be applied toward their cancellation.

WHEREAS: For the purpose of the first judicial sale, the minimum bid agreed upon by the parties in the mortgage deed will be $38,580.00 and no lower offer will be accepted. Should the first judicial sale of the above described property be unsuccessful, then the minimum bid for the property on the second judicial sale will be two-thirds the amount of the minimum bid for the first judicial sale. The minimum bid for a third judicial sale, if the same is necessary, will be one-half of the minimum bid agreed upon the parties in the aforementioned mortgage deed. (30 LPRA 2721, Mortgage and Property Registry Act, Act. No. 198, Article 221, as amended).

WHEREAS: Said sale to be made by the United States Marshal is subject to confirmation by the United States District Court for the District of Puerto Rico and the deed of conveyance and possession

United States v. Gregorio Pratts-Aponte, et al.
Civil No. 97-1816(JAF)
Page 4

to the property will be executed and delivered only after such confirmation.

NOW THEREFORE, public notice is hereby given that the United States Marshal, pursuant to the provisions of the Judgment hereinbefore referred to will, on the **11**th day of **August**, **2005** at **11:00 a.m.** of said day, in the Office of the Marshal for the Superior Court of Puerto Rico, Bayamóñ Part, located at Centro Judicial, Carr. #2, Km. 11.3 Esq. Esteban Padilla, Bayamón , Puerto Rico, in accordance with 28 U.S.C. 2001, will sell at public auction to the highest bidder, the property described herein, the proceeds of said sale to be applied in the manner and form provided by the said judgment.

Should the first judicial sale set hereinabove be unsuccessful, the second judicial sale of the property described in this Notice will be held on the **18**th day of **August, 2005** at **11:00 a.m.** of said day, in the Office of the Marshal of this Court located at the address indicated above. Should the second judicial sale set hereinabove be unsuccessful, the third judicial sale of the property described in this Notice will be held on the **25**th day

United States v. Gregorio Pratts-Aponte, et al.
Civil No. 97-1816(JAF)
Page 5

of **August, 2005** at **11:00 a.m.** of said day, in the Office of the Marshal of this Court located at the address indicated above.

In San Juan, Puerto Rico, this \_\_\_\_ day of_____, 2005.

          HERMAN J. WIRSHING
          United States Marshal


      By:_____
         Roberto Schmidt
         Legal Technician