UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br>    Plaintiff<br><br>            v.<br><br>GREGORIO PRATTS-APONTS, BYVIAN<br>NEGRON-QUINONES, and the<br>conjugal partnership constituted<br>by both<br>        Defendant | CIVIL NO. 97-1816(JAF)<br><br>FORECLOSURE OF MORTGAGE |

**NEW WRIT OF EXECUTION OF JUDGMENT**

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREETINGS:

    WHEREAS, the Honorable _____Jose A. Fuste_____, United

States District Judge, has issued an order in this case dated

____Jaunary 5, 1998____ which copied literally, reads as follows:

ORDER FOR EXECUTION OF JUDGMENT

    Upon motion filed by plaintiff herein, and it appearing from
the records of this Court in the above mentioned case that the
defendant referred to in the judgment entered by this Court was
duly summoned and said defendants have failed to pay to the plaintiff    #G.
the sums of money adjudged to be paid under said judgment:

    And it appearing further that more than ten (10) days have
elapsed from the entry of Judgment:

    NOW, THEREFORE, the Court hereby orders the United States
Marshal for this District to proceed forthwith and to sell at
public auction to the highest bidder, the property referred to in
said judgment and described herein below in the manner and form
provided in said judgment and as herein further provided:

United States v. Gregorio Pratts-Aponte, et al.
Civil No. 97-1816(JAF)
Page 2

> SOLAR: radicado en la URBANIZACION LA
> ESPERANZA localizado en el Barrio Espinosa del
> Municipio de Vega Alta, Puerto Rico, que se
> describe en el piano de inscription de la
> Urbanizacion, con el numero, area y
> colindancias que se relacionan a continuacion:
>
> NUMERO DEL SOLAR: SIETE (7) DE LA MANZANA "L"
> de la Urbanizacion.
>
> AREA DEL SOLAR: TRESCIENTOS CUARENTIOCHO
> METROS CUADRADOS (348.00m.c.), en lindes por
> el NORTE: con la Calle Numero Once (11) en una
> distancia de doce metros (12.00); por el SUR:
> con los solares Numero Quince (15) y Dieciseis
> (16) en una distancia de doce metros
> (12.00);por el ESTE: con el Solar Numero Seis
> (6) en una distancia de veintinueve metros
> (29.00); por el OESTE: con el Solar Numero
> Ocho (8) en una distancia de veintinueve
> metros (29.00).
>
> Enclava en dicho solar una estructura de
> concreto para fines residenciales.

Plaintiffs' mortgage is recorded at page 17, volume 156 of Vega Alta, property number 8014 Bis, 2nd inscription, at the Registry of Property of Bayamón, Section III, Puerto Rico

a) Said public sale shall be had at the office of the Marshal for Superior Court of Puerto Rico, Bayamón Part, in accordance with 28 U.S.C. 2001.

b) Notice of Sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper of general circulation in accordance with 28 U.S.C. 2002.

c) The amount of $38,580.00 shall serve as the minimum bid for the first public sale. Should the first public sale fail to procure an award or adjudication, two-thirds of the aforementioned amount shall serve as the minimum bid for the second sale. Should there be no award or adjudication at the second public sale, the basis for the third sale shall be one-half of the amount specified as the minimum bid for the first public sale.

United States v. Gregorio Pratts-Aponte, et al.
Civil No. 97-1816(JAF)
Page 3

Should there be no award or adjudication in this public sale the same may be awarded to the creditor for the entire amount of the debt if this is equal to or less than the amount of the minimum bid of the third auction, and crediting this amount to the amount owed if it is more.

          d)  The United States Marshal shall not accept in payment of the property to be sold anything but United States currency or certified checks in his name, except in case the property is sold and adjudicated to the plaintiff, in which case the amount of the bid made by said plaintiff shall be credited and deducted from its credit; said plaintiff being bound to pay in cash or certified check only any excess of its bid over the secured indebtedness when remaining unsatisfied.

          e)  All junior lienholders shall pay in cash or in certified check the total amount of previous liens, and any sum in excess of said previous liens shall be credited to their respective liens.

          f)  The United States Marshal may, either personally or by some person designated by him to act in his name and his authority, adjourn the sale from time to time, without further publication, but only by order of this Court.

          g)  Upon the confirmation of said sale by this Court the United States Marshal shall execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

          h)  The purchaser shall be entitled to the delivery of the property sold and its physical possession and the United States Marshal may deliver said possession through the eviction of the occupant of the property without the need of any further order, in accordance with law.

          i)  The Property Registrar of the corresponding Property Registry of Puerto Rico shall proceed to the recording of the judicial sale deed in favor of the purchaser, free of any liens subsequent to the date of the execution of the foreclosed mortgage.

     SO ORDERED in San Juan, Puerto Rico, this 5th day of     January , XXXXX 1998.


                              (s) Jose A. Fuste
                              UNITED STATES DISTRICT JUDGE"

United States v. Gregorio Pratts-Aponte, et al.
Civil No. 97-1816(JAF)
Page 4

THEREFORE, you as said Marshal of the United States District Court for the District of Puerto Rico are hereby ordered to proceed by virtue of this New Writ of Execution and in compliance with the order copied above, according to law, in order to execute the judgment entered in this case against the defendant.

In San Juan, Puerto Rico, this 24th day of October , 2005.

                    FRANCES RIOS DE MORAN, Clerk
                    United States District Court
                    For The District of Puerto Rico


          By: _____
                    Deputy Clerk