| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See instructions for "Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CIVIL NO. 97-1816(JAF) |
| DEFENDANT | TYPE OF PROCESS |
| GREGORIO PRATTS APONTE, ET AL. | WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Marshal, Superior Court
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Bayamón Part, Puerto Rico

Stamp: 06 FEB 14 PM 1:40 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AGNES I. CORDERO
Assistant U. S. Attorney
Torre Chardón, Suite 1201
350 Carlos E. Chardón Street
San Juan, PR 00918
Attn: Foreclosure Unit/GGB/ACR
Claim No. 2004v00891

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

Stamp: RECEIVED UNITED STATES MARSHAL NOV 2 3:54 PM DISTRICT OF PUERTO RICO

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**PLEASE EXECUTE WRIT OF EXECUTION AND CONDUCT JUDICIAL SALE**

**AS MANDATED IN THE WRIT, EXECUTE AT ADDRESS INDICATE ABOVE.**

Signature of Attorney other Originator requesting service on behalf of: [x] PLAINTIFF [ ] DEFENDANT
AGNES I. CORDERO
TELEPHONE NUMBER: (787) 766-5656
DATE: 11/1/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 69 | No. 69 | R.B. | 12-16-05 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [x] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 2-9-06   Time: 11:00 [x] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $90.00 | 7.12 | 1.00 | $98.12 | | |

REMARKS: Order executed as mandated, sale awarded to Gerisuto Lecasay Representing BL Investment Inc.

PRIOR EDITIONS MAY BE USED    PRINT 5 COPIES:  1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285 Rev. 12/15/80 Automated 01/00