UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>    Plaintiff,<br><br>v.<br><br>GREGORIO PRATTS-APONTE, BYVIAN NEGRON-QUINONES, and the conjugal partnership constituted by both<br>    Defendants | CIVIL NO. 97-1816(JAF)<br><br>FORECLOSURE OF MORTGAGE |

**MOTION REQUESTING CONFIRMATION OF SALE**

COMES NOW United States of America, through its undersigned attorneys, and respectfully alleges and prays:

1) That the first public sale of the property subject of this foreclosure was held on February 9, 2006.

2) That on said first scheduled public sale the amount of $38,580.00 served as the minimum bid.

3) That on said sale, Geriberto Lecusay, in representation of B.L. Investment Inc., appeared and offered the amount of $80,000.00 as bid.

4) This being the highest bid received the sale was awarded to Geriberto Lecusay in representation of B.L. Investment Inc..

5) We are hereby attaching copies of the following documents:

    a.   Affidavit of Publication;
    b.   Marshal's Return of Sale;
    c.   Auction Record.

United States v. Greogorio Pratts Aponte, et al.
Civil No. 97-1816(JAF)
Page 2

    WHEREFORE, the United States of America respectfully requests from this Honorable Court the confirmation of the sale.

    In San Juan, Puerto Rico, this 23rd day of February, 2006.

                                           H.S. GARCIA
                                           United States Attorney

                                           s/JOSE M. PIZARRO
                                           JOSE M. PIZARRO - USDC 116905
                                           Assistant U.S. Attorney
                                           Torre Chardón, Suite 1201
                                           350 Carlos E. Chardón Street
                                           San Juan, Puerto Rico 00918
                                           Tel. (787) 766-5656
                                           Fax. (787) 766-6219
                                           Jose.Pizarro@usdoj.gov