IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

CIVIL NUMBER : 97-1816 (JAF)

UNITED STATES OF AMERICA (RURAL DEVELOPMENT)

VS

GREGORIO PRATTS-APONTE, ET/AL

FORECLOSURE OF MORTGAGE

# AFFIDAVIT

I, Marilisa Román, of legal age, married, employee and resident of Carolina, Puerto Rico, do solemnly swear:

That my name is the above mentioned and my personal circumstances are those as stated. That I am an Employee, of "EL NUEVO DIA", newspaper of General Circulation in the Island of Puerto Rico, and that position in Advertising and Legal Notice Department Supervisor and I am in charge of the advertisement.

I also declare that in the edition of this newspaper corresponding

**DECEMBER 28, 2005 & JANUARY 4, 11, 18, 2006**

an advertisement was published that deals with the following:

**HERMAN J. WIRSHING, U.S. MARSHAL,
BY: ROBERTO SCHMIDT, LT**

In witness whereof and upon request of those concerned, I swear to and sign the present in Guaynabo, P.R. this ___JAN 1 8 2006___ day of _____, 20____.

_____
Marilisa Román

Affidavit No. ___52,416___

Acknowledged and sworn to before me by Marilisa Román and resident of Carolina, Puerto Rico, whom I know personally.

Guaynabo, P.R. ___JAN 1 8 2006___ 20__

_____
NOTARY PUBLIC

