# United States Marshals Service Return

Case No.: Civil 97-1816(JAF)

I, __Pedro A. Velez Baerga__, a duly sworn and authorized Deputy U.S. Marshal, does hereby certify and state, that I offered for sale in Public Auction, the property described in the Order/Notice of Sale or Writ of execution attached hereto and made part of this return as ordered by the United States District Court.

Also, that said Notice of Sale was published as required and is supported by the accompanying Affidavit of Publication. Further, that the sale began at the hour of __11:00 am__ on the __9th__ day of __February__, 2006, at the Marshals Office, Bayamon Superior Court, Bayamon, P.R.; when I offered for sale said property in Public Auction and that I received from Mr. __Geriberto Lecusay in representation of B.L. Investment Inc.__, an offer in the amount of $80,000.00. Such amount was offered as the highest bid and that being the highest bid received, the sale was awarded to him.

Marshal's fees, indicated below, will be deducted from the case deposit on hand or the proceeds of the sale, whichever is deemed appropriate, after confirmed by the Court.

**U.S. MARSHAL'S FEES**

| | |
|---|---|
| Highest Bid | $80,000.00 |
| 3% OF 1ST $1,000.00 | $30.00 |
| 1 ½ % of remaining balance | $1,185.00 |
| Execution of sale fee (2 hours X $45.00) | $90.00 |
| Total Mileage (including endeavors) @ $0.445 | $7.12 |
| Tolls (including endeavors) | $1.00 |
| Other Expenses | $20.00 |
| Total | $1,333.12 |

This at San Juan, Puerto Rico on __February 9, 2006__

HERMAN J WIRSHING
United States Marshal

By: _____
Deputy U.S. Marshal