

# UNITED STATES MARSHALS SERVICE
## JUDICIAL DISTRICT OF PUERTO RICO

## JUDICIAL SALE - AUCTION RECORD

Case Title: USA vs. Sigurio Vitutts Aponti, et al  Number: Civil: 97-1816 (JAF)
Date: 02/09/2006  Time: 11:00  (AM) (PM)
At: Superior Court, Bayamon, PR  Sale: (1st) (2ND) (3RD)
Notice of sale: ( ) Read  (✓) Reading waived  Page 1 of 1

### RECORD OF ATTENDANCE

| # | Name (Printed) | Signature | Telephone | Address |
|---|---|---|---|---|
| 1) | USDA-Rural Dev. Morovis / Marien A. Grinda | Marien A. Grinda | 862-3160 (Morovis) 859-2840 / 854-2204 | USDA Rural Development Morovis, P.R. |
| 2) | Yamil Martinez | [signature] | 605-2330 | Morovis |
| 3) | Benjamin Menendez | [signature] | 326-0303 | Bayamon |
| 4) | E. Rivera / Rep. Jorge Santiago | J.S.R. | 250-0200 | San Juan, PR |
| 5) | Joe Rivera | Joe Rivera | 635-0407 | Dorado, P.R. |
| 6) | Gilberto Cousin | Gilberto | 253-4552 | Canovanas |
| 7) | [illegible] | [signature] | 787-7324 | SJ |
| 8) | [illegible] | [signature] | [illegible] | Guaynabo |
| 9) | | | | |
| 10) | | | | |

**Record of Bidding**  Minimum Bid: $ 38,580.00

(1) $ 58,200.00   (6) $ 70,000.00   (5) $ 74,500.00   (6) $ 80,000.00
(6) $ 60,000.00   (5) $ 70,500.00   (6) $ 76,000.00   ( ) $
(5) $ 61,000.00   (6) $ 72,000.00   (5) $ 76,500.00   ( ) $
( ) $ 65,000.00   (5) $ 72,500.00   (6) $ 78,000.00   ( ) $
(5) $ 65,500.00   (6) $ 74,000.00   (5) $ 78,200.00   ( ) $

Highest Bid Received: $ 86,000.00  By: Gilberto Cousin, Rep. BC Investment Inc

## Marshal's Expenses

| | | | |
|---|---|---|---|
| Service Fee | $45@hourly | $ | 90.00 |
| Mileage | 44.5 cents | $ | 7.12 |
| Tolls | | $ | 1.00 |
| Other | Parking, etc. | $ | |
| Total | | $ | 98.12 |

By: [signature]
Deputy U.S. Marshal