UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>    Plaintiff,<br><br>        v.<br><br>GREGORIO PRATTS-APONTE, BYVIAN<br>NEGRON-QUINONES, and the conjugal<br>partnership constituted by both<br>    Defendants | CIVIL NO. 97-1816(JAF)<br><br>FORECLOSURE OF MORTGAGE |

## ORDER CONFIRMATION OF SALE

The sale of the property subject of this action on February 9, 206, and awarded to Geriberto Lecusay in representation of B.L. Investment, Inc., is hereby confirmed.

In San Juan, Puerto Rico, this _____ day of _____, 2006.

_____
United States District Judge