UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>    Plaintiff,<br><br>v.<br><br>GREGORIO PRATTS-APONTE, BYVIAN<br>NEGRON-QUINONES, and the conjugal<br>partnership constituted by both<br>    Defendants | CIVIL NO. 97-1816(JAF)<br><br>FORECLOSURE OF MORTGAGE |

### ORDER CONFIRMATION OF SALE

The sale of the property subject of this action on February 9, 206, and awarded to Geriberto Lecusay in representation of B.L. Investment, Inc., is hereby confirmed.

In San Juan, Puerto Rico, this 24th day of February, 2006.

                        S/JOSE A. FUSTE
                        _____
                        United States District Judge