UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>  Plaintiff<br><br>v<br><br>GREGORIO PRATTS-APONTE, BYVIAN NEGRON-QUINONES, and the conjugal partnership constituted by both<br>  Defendants | CIVIL NO. 97-1816(JAF)<br><br>FORECLOSURE OF MORTGAGE |

**MOTION FOR DISBURSEMENT OF FUNDS**

TO THE HONORABLE COURT:

COMES NOW Plaintiff, United States of America, by its undersigned attorneys and alleges and requests:

1. That on Februa4y 9, 2006 the mortgaged real property at Urb. La Esperanza, No. 7L, Vega Alta, Puerto Rico, was sold at public auction to Geniberto Lecusay in representation of B.L. Investment, Inc. for $80,000.00.

2. Said property is fully described in paragraph 4 of the Complaint filed by the Plaintiff in this action.

3. The legal fees incurred by Rural Development in this is the amount of $886.08.

4. That as of the date of the sale, the balance owed to Plaintiff is in the principal sum of $30,491.66, plus interest in the sum of $12,445.30, plus subsidy recapture in the amount of $24,265.88, for a total balance of 67,294.41. The statement of account of February 9, 2006, that is herein attached as **Exhibit "A"**

United States v. Gregorio Pratts Aponte, et al.
Civil No. 97-1816(JAF)
Page 2

excludes the legal fees of $886.08 which added, increases the total balance owed to $68,180.49.

5. The total fees for effecting said sale amount to $1,333,12 amount retained by United States Marshal Service, leaving a balance of $78,666.88 of which amount $68,180.49 should be disbursed to the U.S. Department of Justice.

6. As to the remaining balance, which belongs to the defendant his last known addressee is S-O #1422, 4th Street, Caparra Terrace, San Juan, Puerto Rico.

WHEREFORE, it is respectfully requested from this Honorable Court to order the issuance of a check for $68,180.49 payable to the U.S. Department of Justice.

In San Juan, Puerto Rico, this 21st day of June, 2006.

ROSA EMILA RODRÍGUEZ-VÉLEZ
United States Attorney

s/JOSE M. PIZARRO ZAYAS
JOSE M. PIZARRO ZAYAS - USDC 116905
Assistant U.S. Attorney
AGNES I. CORDERO - USDC 126101
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax. (787) 766-6219
Jose.Pizarro@usdoj.gov