**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA
(Rural Development)

Plaintiff

**PRATTS-APONTE, GREGORIO**

**VERIFICATION**

I, Pedro Gomez, of legal age, married, resident of Caguas, Puerto Rico, in my official capacity as Housing Program Director for Rural Development, United States Department of Agriculture, Puerto Rico state that:

(1)   As such I am familiar with the loan made to the borrower.

(2)   As of **February 9, 2006** borrower's indebtedness was as shown in the following Statement of Account, prepared according to information provided by the Finance Office, Rural Development, United States Department of Agriculture.

**CERTIFICATION**

| | |
|---|---|
| Borrower's Name: | Pratts-Aponte, Gregorio |
| Case Number: | 63-37-xx-xx-1042 (7495824 |
| Date of Last Payment: | May 3, 2002 |
| Principal Balance: | $ 30,491.66 |
| Accrued Interest: | $ 12,445.30 |
| Subsidy Recapture: | $ 24,265.88 |
| Fees: Receivable/Post | $      91.57 |
| Total Balance: | $ 67,294.41 |
| Daily Interest Accrual: | $       8.98 |
| Total Amount Delinquent: | $ 15,838.41 |
| No. of Months Delinquent: | 99.51 |

(3)   The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.

(4)   The defendant is neither a minor, nor incompetent, nor in the military service of the U.S.

(5)   The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury according to 28 U.S.C. 1746.

/PEDRO GOMEZ
Housing Program Director          Date

EXHIBIT "A"