UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, (Rural Development)<br>Plaintiff<br><br>v.<br><br>GREGORIO PRATTS-APONTE, BYVIAN NEGRON-QUINONES, and the conjugal partnership constituted by both<br>    Defendants | CIVIL NO. 97-1816(JAF)<br><br>FORECLOSURE OF MORTGAGE |

## ORDER FOR DISBURSEMENT OF FUNDS

WHEREAS the amount owed to plaintiff related to the sale of the real property at Urb. La Esperanza No. 71, Vega Alta, Puerto Rico, is the principal sum of $30,491.66 plus interest accrued as to February 9, 2006, in the amount of $12.445.35, plus subsidy recapture in the amount of $24,265.88, plus legal fees in the amount of $886.08, for a total of $68,180.49.

WHEREAS the auctioned property was sold for $80,000.00, and deducting the United States Marshal Service fees, the amount of $68,180.49, shall be disbursed to the United States Department of Justice.

United States v. Gregorio Pratts Aponte, et al.
Civil No. 97-1816(JAF)
Page 2

THEREFORE, the Clerk of the U.S. District Court shall issue a check for $68,180.49 to the order of the U.S. Department of Justice.

In San Juan, Puerto Rico, this  12th   day of  July        , 2006

                                         S/JOSE ANTONIO FUSTE

                                         UNITED STATES DISTRICT JUDGE